UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. and TOSHIBA ELECTRONICS DEVICES AND STORAGE CORPORATION,<br><br>Defendants. | Case No. 6:23-cv-00340<br><br>JURY TRIAL DEMANDED |

**TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.'S AND TOSHIBA ELECTRONICS DEVICES AND STORAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Toshiba Electronics Devices and Storage Corporation ("TDSC") hereby discloses it is a wholly owned subsidiary of Toshiba Corporation, which is publicly traded, has no parent corporation, and no publicly held corporation owns 10% or more of Toshiba Corporation's stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Toshiba America Electronic Components, Inc. ("TAEC) hereby disclosed it is a wholly owned subsidiary of Toshiba America, Inc., which is a wholly owned subsidiary of Toshiba Corporation.

DATED: August 23, 2023            Respectfully submitted,

By: */s/ John M. Guaragna*
John M. Guaragna
Texas Bar No. 24043308
**DLA PIPER LLP (US)**

303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

Mark D. Fowler (*Pro Hac Vice* pending)
Alan Limbach (*Pro Hac Vice* pending)
Brent Yamashita (*Pro Hac Vice* pending)
Carrie Williamson (*Pro Hac Vice* pending)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: (650) 833-2000
Fax: (650) 833-2001
mark.fowler@us.dlapiper.com
alan.limbach@us.dlapiper.com
brent.yamashita@us.dlapiper.com
carrie.williamson@us.dlapiper.com

Patrick Park (*Pro Hac Vice* pending)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4735
Tel: 310.595.3000
Fax: 310.595.3300
patrick.park@us.dlapiper.com

ATTORNEY FOR DEFENDANTS TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. and TOSHIBA ELECTRONICS DEVICES AND STORAGE CORPORATION

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 23rd day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

                          */s/ John M. Guaragna*
                          John M. Guaragna