IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. and TOSHIBA ELECTRONICS DEVICES AND STORAGE CORPORATION,<br><br>           Defendants. | Case No. 6:23-cv-00340-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Pursuant to the Court's Standing Order Governing Proceedings — Patent Cases, Plaintiff Monterey Research, LLC ("Plaintiff" or "Monterey") and Defendants Toshiba America Electronic Components, Inc. ("TAEC") and Toshiba Electronics Devices and Storage Corporations ("TDSC") (collectively, TAEC and TDSC are referred herein as "Defendants" or "Toshiba") (collectively Monterey and Defendants are referred herein as "Parties") hereby jointly move that the Court enter the agreed Scheduling Order, attached as Exhibit A.

Dated: September 27, 2023

                                                  Respectfully submitted,

                                                  */s/ Brian Ledahl*
                                                  Brian Ledahl
                                                  Reza Mirzaie
                                                  Minna Y. Chan
                                                  James N. Pickens
                                                  RUSS AUGUST & KABAT
                                                  12424 Wilshire Boulevard 12th Floor
                                                  Los Angeles, California 90025
                                                  Tel: 310-826-7474

        Fax: 310-826-6991
        bledahl@raklaw.com
        rmirzaie@raklaw.com
        mchan@raklaw.com
        jpickens@raklaw.com

***Attorneys for Plaintiff Monterey Research, LLC***

Dated: September 27, 2023        Respectfully submitted,

        /s/ *Carrie Williamson*
        John M. Guaragna
        DLA PIPER LLP (US)
        303 Colorado St., Suite 3000
        Austin, TX 78701
        Tel: 512.457.7125
        Fax: 512.457.7001
        john.guaragna@us.dlapiper.com

        Mark D. Fowler
        Alan Limbach
        Brent Yamashita
        Carrie Williamson
        DLA PIPER LLP (US)
        2000 University Avenue
        East Palo Alto, CA 94303-2214
        Tel: (650) 833-2000
        Fax: (650) 833-2001
        mark.fowler@us.dlapiper.com
        alan.limbach@us.dlapiper.com
        brent.yamashita@us.dlapiper.com
        carrie.williamson@us.dlapiper.com

        Patrick Park
        DLA PIPER LLP (US)
        2000 Avenue of the Stars
        Suite 400 North Tower
        Los Angeles, CA 90067-4735
        Tel: (310) 595-3000
        Fax: (310) 595-3300
        patrick.park@us.dlapiper.com

***Attorneys for Defendants Toshiba America Electronic Components, Inc. and Toshiba***

*Electronics Devices and Storage Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 27, 2023.

                                                    */s/ Brian Ledahl*
                                                   Brian Ledahl